UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20909-CIV-SEITZ/WHITE

BENJAMIN AFFLICK,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-10]. Magistrate Judge White recommends denying Movant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 [DE-1] because Movant has failed to demonstrate that his sentence is unlawful. Magistrate Judge White further recommends that no certificate of appealability should issue.

Having carefully reviewed, *de novo*, Magistrate White's Report and the record, the Court fully agrees with Magistrate White's recommendation. For the reasons set forth in the Report, and noting that no objections have been filed and the time for doing so has passed, it is hereby

ORDERED that:

(1) Magistrate White's Report [DE-10] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order.

(2) Petitioner's Motion for Time Reduction pursuant to 28 U.S.C. § 2255 [DE-1] is DENIED, and no certificate of appealability shall issue.

(3) All pending motions are DENIED as MOOT.

(4) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 9th day of December, 2013.

/s/ Patricia A. Seitz
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
     *Pro se* Movant Benjamin Afflick